#2010-2148
**POWERS KIRN, LLC**
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorneys for Aurora Loan Services, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD AND MAUREEN COWLES INDIVIDUALLY & AS H/W, 129 WEST MAIN STREET PENNS GROVE, NJ 08069 | : Civil Action No. 2:09-CV-04880 |
| **Plaintiff(s)** | |
| v. | |
| FIRST MAGNUS FINANCIAL CORPORATION, ET AL. 603 N WILMOT TUCSON, AZ 85711 | **STIPULATION VACATING DEFAULT AGAINST AURORA LOAN SERVICES, LLC AND EXTENDING TIME TO ANSWER** |
| **Defendant(s)** | |

IT IS hereby stipulated and agreed by and between the attorneys for the plaintiff and the defendant, Aurora Loan Services, LLC, that the default entered against the defendant, Aurora Loan Services, LLC, be and the same is, hereby vacated, and that the time within which the said defendant may serve and file a responsive pleading to the Complaint is hereby extended for a period of twenty (20) days.

PROCHNIAK WEISBERG, P.C.
Attorneys for Plaintiff

By: /s/ Matthew B. Weisberg
   Matthew B. Weisberg

Dated: 5/14/10

POWERS KIRN, LLC
Attorneys for Aurora Loan Services, LLC

By: /s/ Edward W. Kirn
   Edward W. Kirn, III, Esquire

Dated: May 12, 2010