UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **RICHARD COWLES and** | : | |
| **MAUREEN COWLES** | : | Civil Action No. 09-4880 (PGS) |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **JONATHAN WYMAN, d/b/a** | : | |
| **EQUITY HOLDINGS GROUP, LLC,** | : | |
| **et. al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

This matter having been opened to the Court upon Motion by Plaintiffs Richard Cowles and Maureen Cowles, seeking leave to file an Amended Complaint pursuant to FED.R.CIV.P. 15(a) (Docket Entry No. 24); and Defendants having filed no opposition thereto; and the Court having considered the liberal policy favoring the amendment of pleadings articulated in *Foman v. Davis,* 371 U.S. 178, 182 (1962); and for good cause shown,

**IT IS** on this 23rd day of November, 2010,

**ORDERED** that Plaintiffs Richard Cowles and Maureen Cowles' Motion for leave to file an Amended Complaint is hereby **GRANTED** and Plaintiffs shall serve their Amended Complaint within 10 days of entry of this Order. The Clerk of the Court is directed to terminate Docket Entry No. 24.

s/ Esther Salas
**HONORABLE ESTHER SALAS,**
**United States Magistrate Judge**