## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## (TRENTON VICINAGE)

| | |
|---|---|
| Richard and Maureen Cowles<br>Individually & as H/W<br>129 West Main Street<br>Penns Grove, NJ 08069<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>Jonathan Wyman d/b/a Equity<br>Holdings Group, LLC, et al.<br>75 Kovar Street<br>Bogota, NJ 07603<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 09-cv-4880<br><br><br><br>Jury of Twelve (12) Jurors Demanded |

### AFFIDAVIT OF MERIT

I, Gary Schafkopf, Esquire, swear/affirm, under penalties of falsehoods, that I am an appropriate licensed person, have particular expertise in the general area or specialty involved in the action, that I have no financial interest in the outcome of the case under review, and that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional or occupational standards or treatment practices, that I am licensed by the State of New Jersey, and that I am a licensed New Jersey and Pennsylvania attorney, and licensed Pennsylvania realtor both for a period of at least five years, devoting my practice substantially in the general area or specialty of civil litigation, debt collection, and real estate.

This affidavit is submitted as to Defendant, Bonnie L. Canty, Esq.

_____
Gary Schafkopf, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(TRENTON VICINAGE)

| | |
|---|---|
| Richard and Maureen Cowles<br>Individually & as H/W<br>129 West Main Street<br>Penns Grove, NJ 08069<br><br>                    Plaintiffs,<br>v.<br><br>Jonathan Wyman d/b/a Equity<br>Holdings Group, LLC, et al.<br>75 Kovar Street<br>Bogota, NJ 07603<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.: 09-cv-4880<br>:<br>:<br>:<br>:<br>:<br>:  Jury of Twelve (12) Jurors Demanded<br>: |

## AFFIDAVIT OF MERIT

I, Gary Schafkopf, Esquire, swear/affirm, under penalties of falsehoods, that I am an appropriate licensed person, have particular expertise in the general area or specialty involved in the action, that I have no financial interest in the outcome of the case under review, and that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional or occupational standards or treatment practices, that I am licensed by the State of New Jersey, and that I am a licensed New Jersey and Pennsylvania attorney, and licensed Pennsylvania realtor both for a period of at least five years, devoting my practice substantially in the general area or specialty of civil litigation, debt collection, and real estate.

This affidavit is submitted as to Defendant, Law Offices of Bonnie L. Canty, P.A.

_____
Gary Schafkopf, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(TRENTON VICINAGE)**

| | |
|---|---|
| Richard and Maureen Cowles<br>Individually & as H/W<br>129 West Main Street<br>Penns Grove, NJ 08069<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>Jonathan Wyman d/b/a Equity<br>Holdings Group, LLC, et al.<br>75 Kovar Street<br>Bogota, NJ 07603<br><br>　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:　CIVIL ACTION NO.: 09-cv-4880<br>:<br>:<br>:<br>:<br>:<br>:<br>:　Jury of Twelve (12) Jurors Demanded<br>: |

## **AFFIDAVIT OF MERIT**

　　I, Gary Schafkopf, Esquire, swear/affirm, under penalties of falsehoods, that I am an appropriate licensed person, have particular expertise in the general area or specialty involved in the action, that I have no financial interest in the outcome of the case under review, and that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional or occupational standards or treatment practices, that I am licensed by the State of New Jersey, and that I am a licensed New Jersey and Pennsylvania attorney, and licensed Pennsylvania realtor both for a period of at least five years, devoting my practice substantially in the general area or specialty of civil litigation, debt collection, and real estate.

　　This affidavit is submitted as to Defendant, Gary Salber, Esq.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gary Schafkopf, Esq.